# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| Violation Number | Officer Name (Print) | Officer No | |
| R 3163402 | Bassaro, Marion | 35657 | DE-10 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 12 08 2006 | DE Title 11, Section 767 |

**Place of Offense:** Bldg# 263 Room# 201, Dover AFB, DE 19902

**Offense Description:** Unlawful Sexual Contact in the 3rd Degree, Class A, Misdemeanor

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. | Phone |
|---|---|---|---|
| Williams | Kenneth | L. | |

| Drivers License No. | D L State | Social Security No | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Camden-Wyoming DE 19934 | DE | 7444 | -1952 |

| | Sex ☒ Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| ☒ Adult ☐ Juvenile | | BLK | BRN | 6'4" | 232 |

### VEHICLE DESCRIPTION

| Tag No. | State | Year | Make/Model | VIN | Color |
|---|---|---|---|---|---|
| PC 091266 | DE | 98 | FRD/WIND | | BURG |

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**PAY THIS AMOUNT →**

$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address _____ Date (mm/dd/yyyy) _____ Time (hh:mm) _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature  *Kenneth L. Williams*

---

REDACTED

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 8, 2006, while exercising my duties as a law enforcement officer in the Kent District of Delaware.

Your honor, on December 8, 2006, I, SSgt Bassaro, was notified of a possible sexual assault. The victim don't wish to be identified as being in Bldg# 263 Room 201 the defendant violator. The victim reported she defendant kissed the right side of her neck and placed his hand underneath her blouse and groped her right breast 3 times. After coordinating with her and consulting with my local legal office I conducted a pre-text phone call between the victim and defendant. I personally monitored the phone call and heard the defendant ask the victim if she told anyone about the above incident and later apologized to her and stated "I'm sorry." I overstepped my boundaries and it will never happen again. The defendant was later detained and taken into custody. The defendant requested legal counsel and did not make any statements

The foregoing statement is based upon
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 12-08-2006  Officer's Signature *Marion Bassaro*

Probable cause has been stated for the issuance of a warrant.

Executed on _____  US Magistrate Judge

CVR Scan 3/9/2007 11:33:50