PS 42
(Rev 07/93)

# United States District Court

## DISTRICT OF DELAWARE

| United States of America | ) | |
| vs | ) | 07-134M |
| Kenneth Williams | ) | Case No. R-1363402 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Kenneth Williams, have discussed with Craig H. Carpenter, Pretrial Services/Probation Officer, modification of my release as follows:

1. **The defendant shall participate in mental health counseling, which may include sex offender specific treatment, at the direction of the U.S. Probation Office, until such time the defendant is released from the program by the pretrial services officer.**

I consent to this modification of my release conditions and agree to abide by this modification.

_Kenneth L. Williams_  29 May 07       _Craig H. Carpenter_   6/1/07
Signature of Defendant         Date       Pretrial Services/Probation Officer       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                          052907
Signature of Defense Counsel            Date

[X] The above modification of conditions of release is ordered, to be effective on 6/6/07.

[ ] The above modification of conditions of release is <u>not</u> ordered.

_[signature]_                          6/6/07
Signature of Judicial Officer           Date